UNITED STATES DISTRICT COURT

District of connecticut

SARATH DEAM,

    Petitioner

vs.                         CASE NO: 3:04CV1958 (MRK)

IMMIGRATION and NATURALIZATION
SERVICE (INS), now known as BICE,

    Respondent

PETITION FOR A WRIT OF MANDAMUS

The Petitioner, SARATH DEAM, a Connecticut sentenced inmate, is a native of Thailand and is serving a four (4) year sentence. He has currently served approximately thirty-three (33) months of his sentence.

On June 16, 2003, he was given notice of a detainer by the Respondent (BICE), advising him that he is under investigation to determine whether or not he sould be deported.

Once again, this type of detainer places the Petitioner in a precarious position as he will not be eligible for any type of pre-release program or half-way house due to the detainer.

He is serving time for a Violation of Probation; hardly a deportable charge. He has had no hearings and no notice of his right(s) to counsel.

THEREFORE, the Petitioner asks this court to issue an Order to Show Cause as to why the detainer should not be lifted or a hearing granted to determine his status.

Respectfully,
THE PETITIONER


SARATH DEAM, Pro-se
Carl Robinson C.I.
D.O.C. # 293896
A # 27 319 873
P.O. Box 1400
Enfield, CT 06083


I, SARATH DEAM, state under the penalty of perjury, that all the facts contained herein are true and correct.

X _____
SARATH DEAM, Pro-se


Dated this ___17th___ day of November, 2004.

X _____
SARATH DEAM, Pro-se

- 2 -